DOCKET No. 20 Mag 2370　　　　　　DEFENDANT Geovanny Fuentes Ramirez

AUSA Elinor Tarlow　　　　　　　　DEF.'S COUNSEL Avraham Moskowitz
　　　　　　　　　　　　　　　　　☐ RETAINED  ☐ FEDERAL DEFENDERS  ☒ CJA  ☐ PRESENTMENT ONLY

☒ Spanish　　　　INTERPRETER NEEDED
　　　　　　　　　　　　　　　　　☐ DEFENDANT WAIVES PRETRIAL REPORT

☒ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.　　DATE OF ARREST 3/1/20 SDFL　☐ VOL. SURR.
　　　　　　　　　　　　　　　　　　　　　　　　　　TIME OF ARREST　　　　　　　☐ ON WRIT
☐ Other: _____　　TIME OF PRESENTMENT 1:25 p.m.

---

**BAIL DISPOSITION**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ SEE SEP. ORDER
☒ DETENTION ON CONSENT W/O PREJUDICE　　　☐ DETENTION: RISK OF FLIGHT/DANGER　☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☐ $_____ PRB  ☐ _____ FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☐ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☐ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING  ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: _____

---

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

The defendant consented to proceed via video-conference. The defendant was advised of his rights and the charges against him, his financial affidavit was approved, and Avraham Moskowitz was appointed to represent him. The defendant was detained on consent without prejudice. Medical Order issued.

---

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY　　　　　☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED　　　　　　　　　　☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED　　　　☐ CONTROL DATE FOR REMOVAL: _____

---

PRELIMINARY HEARING DATE: 5/7/2020　　　☐ ON DEFENDANT'S CONSENT

**DATE:** 4/23/2020　　　　　　　　　　　　　　　　Judith C. McCarthy
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.**

WHITE (original) – COURT FILE　　PINK – U.S. ATTORNEY'S OFFICE　　YELLOW – U.S. MARSHAL　　GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016