UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                    15-cr-379 (PKC)

         -against-                                          <u>ORDER</u>

GEOVANNY FUENTES RAMIREZ,

                                  Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The trial of this action will commence on March 8, 2021 at 9:30 am in a Courtroom to be announced.

        Final Pretrial Conference remains as scheduled for January 27, 2021 at noon in Courtroom 11D.

        SO ORDERED.

                                                                P. Kevin Castel
                                                     United States District Judge

Dated: New York, New York
           December 18, 2020