# Exhibit B

# Honduras: Hallan supuesto "narco-laboratorio"

09 Marzo 2011 / 04:13 PM / Redaccion y EFE / Duró golpe al narcotráfico

Las autoridades de Seguridad encontraron un centro donde supuestamente se procesaba droga.



/

Las autoridades de Seguridad encabezadas por el ministro, Óscar Álvarez, encontraron **un laboratorio clandestino supuestamente utilizado para procesar cocaína** en la cordillera de El Merendón específicamente en la comunidad de Cerro Negro ubicado en el municipio de Omoa al norte de Honduras.

La zona del hallazgo es accesible solo con vehículo de doble tracción o caminando. El hallazgo se realizó luego de varios meses de investigaciones.

La Policía Nacional hondureña realizó un fuerte operativo en busca del "narco-laboratorio" desde temprano y en horas del medio día anunciaron a los medios que habían encontrado en u**na finca de plantación de café**

**dos champas** que supuestamente eran utilizadas para el procesamiento de la droga.

El Secretario de Seguridad de Honduras manifestó que en el laboratorio se encontró equipo que **"no tienen nada que envidiarle a los que hay en Colombia"**.

**Álvarez expresó que este lugar sería "el primer laboratorio para procesar droga encontrado en Honduras"**. "Nos preocupa por un lado y por el otro nos alegra porque que le dimos un duro golpe al narcotráfico".

El ministro señaló que habló con especialistas en narcotráfico de Colombia y le informaron que en Honduras **posiblemente ya se esté sembrando la hoja de coca**, pero hasta el momento las autoridades todavía no han encontrado las plantaciones. También pueda ser que ya se estén recibiendo la hoja de coca lista para procesarla.

**Honduras a través de la Secretaría de Seguridad solicitó apoyo de especialistas colombianos** para que venga a inspeccionar y determinar que tipo de drogas se procesaban en este supuesto laboratorio clandestino.

El portavoz de la policía, Leonel Sauceda, dijo que decomisaron una planta generadora de energía, dos vehículos pick up, tiendas de campañas así como equipo supuestamente utilizado para el procesamiento de la droga.

Las autoridades hondureñas **no encontraron droga en el lugar ni capturaron a ninguno de los trabajadores** del laboratorio.

**En 2008 fue desmantelado en Tegucigalpa** un laboratorio para elaborar éxtasis a base de pseudoefedrina, que era manejado por narcotraficantes hondureños y mexicanos.

El pasado día 3, Estados Unidos incluyó a Honduras por primera vez, junto a Costa Rica y Nicaragua, en la lista de los principales países de tránsito de drogas en Centroamérica, en su informe "Estrategia internacional para el control de narcóticos", en la que ya estaban Panamá y Guatemala.

Las autoridades hondureñas han decomisado más de dos toneladas de cocaína procedente de Sudamérica en las últimas tres semanas, en dos operaciones ejecutadas en el departamento caribeño de Gracias a Dios. Además, el pasado viernes se decomisaron en Tegucigalpa unas 250.000 pastillas de pseudoefedrina, y el domingo aterrizó en una carretera del departamento norteño de Yoro una avioneta que supuestamente traía cocaína, aeronave que fue incendiada antes de que llegaran las autoridades.

**Noticia en desarrollo**

## Honduras: Alleged "narco-laboratory" found

Security authorities found a center where drugs were allegedly processed.

The Security authorities headed by the minister, Óscar Álvarez, found a clandestine laboratory supposedly used to process cocaine in the El Merendón mountain range, specifically in the Cerro Negro community located in the municipality of Omoa in northern Honduras.

The discovery area is accessible only with a four-wheel drive vehicle or on foot. The finding was made after several months of investigations.

The Honduran National Police carried out a strong operation in search of the "narco-laboratory" from early in the day and at noon they announced to the media that they had found two champas on a coffee plantation that were supposedly used for the processing of the drug.

The Secretary of Security of Honduras stated that equipment was found in the laboratory that "have nothing to envy those in Colombia."

Álvarez said that this place would be "the first laboratory to process drugs found in Honduras." "It worries us on one side and on the other it makes us happy because we hit drug trafficking hard."

The minister said that he spoke with specialists in drug trafficking in Colombia who informed him that in Honduras the coca leaf is possibly already being planted, but so far the authorities have not yet found the plantations. It may also be that they are already receiving the coca leaf ready for processing.

Honduras, through the Secretary of Security, requested the support of Colombian specialists to come to inspect and determine what type of drugs were processed in this supposed clandestine laboratory.

Police spokesman Leonel Sauceda said that they seized a power generating plant, two pick-up vehicles, tents as well as equipment allegedly used for drug processing.

Honduran authorities did not find drugs at the scene or capture any of the laboratory workers .

In 2008, a laboratory to make ecstasy based on pseudoephedrine, which was run by Honduran and Mexican drug traffickers, was dismantled in Tegucigalpa.

On March 3, the United States included Honduras for the first time with Costa Rica and Nicaragua, in the list of the main countries of drug transit in Central America, in its report "International Strategy for the Control of Narcotics", in the that Panama and Guatemala were already there.

Honduran authorities have seized more than two tons of cocaine from South America in the last three weeks, in two operations carried out in the Caribbean department of Gracias a Dios.

In addition, last Friday some 250,000 pseudoephedrine pills were seized in Tegucigalpa, and on Sunday a plane that supposedly brought cocaine landed on a highway in the northern department of Yoro, an aircraft that was set on fire before the authorities arrived.