UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

GEOVANNY FUENTES RAMIREZ,

                                     Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

15 Cr. 379 (PKC)

AFFIDAVIT OF GEOVANNY
FUENTES RAMIREZ

STATE OF NEW YORK  )
                         : ss.
COUNTY OF NEW YORK)

        GEOVANNY FUENTES RAMIREZ, being duly sworn, deposes and says:

        1.     I am the defendant in the within action. I submit this affidavit to discuss encounters I had with Devis Leonel Rivera Maradiaga ("Leonel Rivera") at the Metropolitan Correctional Center ("MCC") in New York since I was incarcerated.

        2.     After being arrested and charged in Miami on March 1, 2020, I was transferred to the MCC on or about April 23, 2020.

        3.     Since being incarcerated at the MCC, Leonel Rivera has made at least three (3) visits to the cell where I am assigned.

        4.     Each time Leonel Rivera visited my cell, he approached me and engaged me in conversation about my case.

        5.     I never approached Leonel Rivera and never started any conversations with him.

6. This Affidavit was translated to me by a Spanish-English translator and I confirm the accuracy of the statements herein.

GEOVANNY FUENTES RAMIREZ

Subscribed and sworn to before me this 24th day of January, 2021

Notary Public

Virginia G. Alvarez, Esq
02AL6151042
Qualified Nassau County
Commission Expires 8/7/20