

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 28, 2021

<u>Via ECF</u>
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Geovanny Fuentes Ramirez*, S6 15 Cr. 379 (PKC)

Dear Judge Castel:

      On January 27, 2021, the defendant filed his opposition to the Government's motions *in limine*, which included a request to preclude the introduction of certain evidence, such as the defendant's prison statements to a cooperator. The Government respectfully requests until February 5, 2021 to respond to the defendant's opposition brief. Defense counsel has no objection to this request.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

      By:   /s/
          Jacob Gutwillig
          Matthew Laroche
          Jason A. Richman
          Elinor Tarlow
          Assistant United States Attorneys
          (212) 637-2420

Cc:    Defense Counsel
       (Via ECF)