UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                        :

UNITED STATES OF AMERICA,               :

        -v.-                              :        15-cr-379 (PKC)

GEOVANNY FUENTES RAMIREZ,         :        <u>ORDER</u>

                     Defendants.       :
-----------------------------------------------------------------------X

CASTEL, U.S.D.J.

        The next conference in this matter is scheduled for February 12, 2021 at 12:00 PM and will take place as a teleconference.

        The dial-in information for the proceeding is as follows:

        <u>Phone Number</u>:      888-363-4749

        <u>Access Code</u>:      3667981

        SO ORDERED.

                                                      P. Kevin Castel
                                                United States District Judge

Dated: February 3, 2021
        New York, New York