

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 3, 2021

<u>Via ECF</u>
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Geovanny Fuentes Ramirez*, S6 15 Cr. 379 (PKC)

Dear Judge Castel:

      We write in response to the defendant's letter of earlier today seeking a trial adjournment. On March 1, 2021, the Government served a subpoena on the Metropolitan Correctional Center for the defendant's prison calls and emails for the month of February. On March 2, 2021, the Government received calls and emails in response to that subpoena and produced them to the defendant the same day. The production included a detailed log that identified, for each call, the individual contacted by the defendant. Based on the Government's review of those calls and emails, the Government does not intend to introduce any of them at trial. As a result, the defendant's request for a trial adjournment should be denied.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

      By:   /s/
      Jacob Gutwillig
      Matthew Laroche
      Michael D. Lockard
      Assistant United States Attorneys
      (212) 637-2420

Cc:    Defense Counsel
      (Via ECF)