UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES,

                                                                   15-cr-379 (PKC)

    -against-

                                                                   ORDER

GEOVANNY FUENTES RAMIREZ,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

1. To the extent the government has not already done so, it shall forthwith turn over to the defense any communications, including texts, emails, photos, voice or video recordings, referred to in the government's letter of March 2, 2021 and/or the defense's letter of March 3, 2021 (the "Material") and shall further: (A) provide to the defense any translations of the Material, whether or not complete or official; and (B) identify to the defense and to the Court any and all such Material that it intends to offer into evidence at trial.

2. The defense is authorized to retain the services of up to four Spanish interpreters to listen to, transcribe and translate the Material at a rate not to exceed $105 per hour.

3. The trial remains scheduled for March 8, 2021 at 9:30 a.m.

SO ORDERED.

Dated: March 3, 2021
       New York, New York

                                                                 P. Kevin Castel
                                                        United States District Judge