# M&B

## MOSKOWITZ & BOOK, LLP

Avraham C. Moskowitz
AMoskowitz@mb-llp.com

345 Seventh Avenue, 21st Floor
New York, NY 10001
Phone: (212) 221-7999
Fax: (212) 398-8835

March 4, 2021

**By ECF and Email**
Hon. P. Kevin Castel
U.S. District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:     United States v. Geovanny Fuentes Ramirez
        S6 15 Cr. 379 (PKC)

Dear Judge Castel:

This letter is respectfully submitted on behalf of the defendant, Geovanny Fuentes Ramirez, in response to the Government's letter to the Court of today's date, which was emailed to defense counsel at 2:30 p.m. In its letter, the Government advises that on March 1, 2021, it met with a previously undisclosed civilian witness, who recently travelled to the United States from Honduras, and whom the Government now proposes to have testify at the upcoming trial under a pseudonym.

The defense objects entirely to allowing this witness to testify at the trial, which is scheduled to start on March 8. The late disclosure of this witness makes it impossible for the defense to do any investigation regarding the substance of his testimony. Indeed, given the lateness of the disclosure and the difficulty visiting clients at the MCC during the pandemic, it is unknown whether counsel will even have the opportunity to discuss the new witness and his prospective testimony with the defendant before the trial begins. Simple fairness and due process require that the new witness, whose identity has not been disclosed to the defense as of the writing of this letter and whose existence the Government was aware of at least three days ago, be precluded from testifying at the trial. At a minimum, if the Court is inclined to allow the witness to testify, the trial should be adjourned so that the defense can attempt to investigate the witness and his proposed testimony. Absent an adjournment, counsel will not be able to prepare effectively to confront and cross examine the witness and Mr. Fuentes Ramirez will be denied his constitutional right to a fair trial with the effective assistance of counsel.

Honorable P. Kevin Castel
March 4, 2021
Page 2

Thank you in advance for your consideration of this request.

Respectfully submitted,

Avraham C. Moskowitz

cc: All counsel of Record (by email)