UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES,

                                                               15-cr-379 (PKC)

      -against-

                                                               ORDER

GEOVANNY FUENTES RAMIREZ,

                    Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

1. Local Civil Rule 1.8 provides that "no one other than Court officials engaged in the conduct of Court business shall . . . (b) make an audio or video recording of any proceeding or any communication with the Court, an employee of the Court or any person acting at the direction of the Court. . . ."

2. The Court ORDERS, subject to punishment for contempt of court, that no audio or video recording or dissemination of a recording be made of any portion of the trial of this action.

3. Members of the public who wish to view this trial are welcome to attend at the Daniel Patrick Moynihan United States Courthouse, Courtroom 23B, 500 Pearl Street, New York, New York.  If Courtroom 23B is filled, you may proceed to Courtroom 11D for overflow viewing.  If Courtroom 11D is filled, you should advise the Court, and a second overflow courtroom will be provided.

4. There is no right of access to a call-in conference line. It is merely a courtesy when and if appropriate. The Court has endeavored to provide it where appropriate.

SO ORDERED.

Dated: March 12, 2021
      New York, New York

*P. Kevin Castel*
United States District Judge