# SCHULMAN TRIAL, PLLC
*Attorneys at Law*
### EYLAN SCHULMAN

20 VESEY ST., SUITE 1400
NEW YORK, NY 10007
212.874.2500
EYLAN@SCHULMANTRIAL.COM
WWW.SCHULMANTRIAL.COM

March 15, 2021

**BY ECF**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 11D
New York, NY 10007-1312

Re:  *United States v. Fuentes Ramirez,* 15 Cr. 379 (PKC)

Your Honor:

    Along with Avraham Moskowitz, I am co-counsel to Mr. Geovanny Fuentes Ramirez in the above-referenced case. I write to inform the Court that we have no objections at this time to the proposed Jury Instructions distributed last week.

    Thank you for your attention to this matter.

Very Truly Yours,
Schulman Trial, PLLC

By:_____
Eylan Schulman