

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 23, 2021

<u>Via ECF</u>
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Geovanny Fuentes Ramirez*, S6 15 Cr. 379 (PKC)

Dear Judge Castel:

    On March 22, 2021, following trial, Geovanny Fuentes Ramirez (the "defendant") was convicted of all three counts in the above-referenced Indictment. On March 25, 2021, the Court granted the defendant's motion to extend the time within which to file any post-trial motions to April 23, 2021. (*See* ECF No. 277). Today, on April 23, the defendant filed motions seeking to set aside the verdict or for a new trial. (*See* ECF No. 316). The Government respectfully requests until May 21, 2021 to file its response to the defendant's post-trial motions.

          Respectfully submitted,

          AUDREY STRAUSS
          United States Attorney

By:   /s/
    Jacob Gutwillig
    Michael D. Lockard
    Jason A. Richman
    Elinor Tarlow
    Assistant United States Attorneys
    (212) 637-2215 / 2193 / 2589 / 1036

Cc:    Defense Counsel
        (Via ECF)