UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES,

                                                                               15-cr-379 (PKC)

      -against-

                                                                               <u>ORDER</u>

GEOVANNY FUENTES RAMIREZ,

                              Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        Sentencing in this matter scheduled for June 22, 2021 is adjourned to June 24, 2021 at 3:00 p.m. in Courtroom 11D.

        SO ORDERED.

Dated: June 2, 2021
       New York, New York

                                                        P. Kevin Castel
                                               United States District Judge