# EXHIBIT A



- Approx. 2010 - at first meeting:
    - LRM purchased two vehicles from GFR at first meeting--Red Chrysler and Russian truck. GFR said had drug lab and that he needed money to buy the cocaine base that they were sending to him from Colombia. Would produce 200-300kg/month.
    - GFR said would process cocaine base at drug lab that GFR had in Honduras – already some Colombians who were at laboratory who would cook the cocaine. The cooking specialists. Already had people there and had already begun the cooking process—just needed more money to produce higher volume.
    - LRM wasn't sure why receiving cocaine base as opposed to the cocaine already cooked.
    - Thinks had been operating for several months before had this conversation with GFR.
    - GFR said had run some tests and those tests had turned out well. Had used some base from Honduras but there wasn't enough base in Honduras, so needed to get from Colombia.
    - GFR said had a press, power plant, and several microwaves at his laboratory. GFR said had built a tent that had covered over with plastic. GFR said access only on foot or on mule, located in the mountains. Would gain access through San Pedro Sula—through

neighborhood called Bermejo. Road that takes you through Chachawala (ph) – exact location through Chachawala and Cortes.
- Seizure of laboratory was in news – around 2012.
- LRM never rec'd cocaine from GFR's lab
- Customers of lab included Chepito Handal and Pluto

