# EXHIBIT B



- GFR also said he had a drug lab and wanted to see if LM would partner or help GFR fund his drug-trafficking activities. GFR also said his mother was sick. GFR said he'll give LM this red Chrysler and an all terrain truck in exchange for apprx $70K for the lab. He needed the money to pay the cooks for the lab, for payments to security, and for bribes to police. GFR said security at lab included approximately 15 men. GFR said Metro had lent him some AK-47s and AR-15.
- GFR said lab was in mountains b/w Choloma and Chacagwala. They're bringing cocaine base to GFR from Colombia. GFR has two Colombian cooks who prepare cocaine at the lab. GFR said making 200-300 kilos per month. LM didn't enter into partnership because LM thought it would be cheaper to just get the finished cocaine from Colombia and not use the base to manufacture it.



2