# EXHIBIT C



- GFR said the lab was producing 200-300 kilos per month
  - At first meetings w/ GFR, the lab had started up but they needed more money to invest in buying base and paying security workers
  - GFR had Colombian cooks cooking the base into cocaine