# EXHIBIT H



- Metro and Gio were to provide security for the transportation of the shipment to La Entrada, Copan Department
    - Arnulfo and Luis Valle were receiving the shipment there
    - Same method as before – multiple vehicles leading and following the truck
    - LRM was there at the property when the shipment was delivered
        - Arnulfo did not want a lot of vehicles coming into the estate because it was close to the paved road
        - So LRM told Metro to keep the vehicles outside the estate at a gas station, approx. 1 km before the first gas station on the way to La Entrada
        - Gio, Metro, and the security guys stayed outside
    - LRM spoke with Gio on the phone, then went to the gas station after the shipment had been unloaded
    - Gio said he had spoken with the chief of police in Copan; the chief of police was at the gas station
        - Gio said cousin, the police chief just took off
        - Gio said that if any problems came up, the police chief would be able to help
        - Gio didn't say his name
    - LRM paid approx. $70K-80K
        - Paid in cash, in $20 bills
        - LRM delivered the payment at the same body shop in SPS
        - Payment was the following day, to both Gio and Metro
        - They always carried the same weapons – Metro's gold gripped pistol and Gio's handgun