# EXHIBIT I

[REDACTED]

- A Guatemalan guy called and asked if I could receive a plane load from VZ
  - Guatemalan was Jack – had worked with him in the past
  - LRM had received cocaine shipments by plane for Jack at Espiritu Copan and transported/security for it to the Valles; had also helped to buy planes for Jack to use for VZ-HN cocaine shipments
- Called Metro to ask if he could receive at the airstrip in Baracoa, Cortes
  - Airstrip owned by El Compita, Gio controlled it
  - El Compita said that Gio controlled it - GFR
- Metro said he would reach out to Geovanny for Geovanny to get his people ready and receive the shipment at Compita's airstrip
  - Jack had been working with LRM and trusted him to make the arrangements
- Plane arrived, received, transported to Espiritu
  - LRM was not present
  - LRM spoke with Metro, Pollo, and Jack to coordinate the shipment
  - Pollo was there to check the load upon arrival, count the bundles, and provide airstrip security - Pollo had worked for LRM and for Renterias
  - Renterias did not send this shipment, but LRM met the Renterias through Pollo; Jack sent it from an airstrip of the Renterias'
  - In Espiritu it was received by the Valles brothers, Arnulfo and Luis – delivered to Arnulfo per Jack's instructions, for Valles to deliver to Jack in Guatemala
  - Metro and Pollo present at airstrip when LRM spoke to them
  - Per Metro, cocaine was transported by truck with a trap; they had spoken to Gio and his people who would provide security *en route*
- Confirmed delivery to Valles at Espiritu: Pollo and Metro, Arnulfo
  - LRM then informed Jack
- Jack paid LRM approximately 10% for receiving; approx. 425-500 kilos
  - The plane was in poor condition, could only load that much
- Jack's buyers were in Mexico
  - LRM knows that cocaine sent to MX goes to the US
  - *E.g.*, on one occasion Jack asked LRM if he wanted to partner; a contact in Guatemala was sending 50-100 kg to the U.S. monthly
  - LRM said he would think about it, because increased risk for investing all the way to the U.S. vs selling to HN or Guatemalan buyers
- Payment to Metro – LRM responsibility; paid 5% to Metro (half of LRM's payment)
  - Paid in kilos, not cash
  - Metro said he was going to sell his kilos and pay Gio and Compita
  - Didn't say how much he was going to pay them

- - Compita confirmed he was paid
    - Didn't speak with Gio, comms through Metro
  - Approx within one year of the San Esteban shipment

