# M&B
## MOSKOWITZ & BOOK, LLP

Avraham C. Moskowitz
AMoskowitz@mb-llp.com

345 Seventh Avenue, 21st Floor
New York, NY 10001
Phone: (212) 221-7999
Fax: (212) 398-8835

August 25, 2021

**VIA ECF and Email**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

                    *Re:*    U.S v. Geovanny Fuentes Ramirez
                                15 Cr. 379 (PKC)

Dear Judge Castel;

      This letter is respectfully submitted on behalf of the defendant, Geovanny Fuentes Ramirez, to request an adjournment of the sentencing that is currently scheduled to take place before Your Honor on August 31, 2021. The adjournment is necessary to provide me the opportunity to review and discuss the lengthy and detailed sentencing submission filed by the Government with Mr. Fuentes Ramirez and to prepare an appropriate response to the Government's memorandum.  Because of the upcoming Jewish Holidays and the fact that I am scheduled to be on trial in the Eastern District of New York in September, it is respectfully requested that the sentencing be adjourned to a date in mid to late October convenient to the Court and the parties. I have discussed this request with AUSA Gutwillig who advised me that the Government objects to the requested adjournment.

      Thank you in advance for your consideration of this request.

                                              Respectfully submitted,

                                              Avraham C. Moskowitz

cc: All counsel of record (by email)