UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES,

                    15-cr-379 (PKC)

    -against-

                    ORDER

GEOVANNY FUENTES RAMIREZ,

              Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The trial of this action has resulted in a verdict. Defendant's post-verdict motions have been decided. The only proceeding remaining in this Court is sentencing. This Court does not appoint counsel for appeal.

        For good cause shown, the application of Mr. Moskowitz to withdraw is GRANTED. John M. Burke, a member of the CJA Panel, is appointed as counsel for Mr. Fuentes Ramirez.

        SO ORDERED.

                                      P. Kevin Castel
                                      United States District Judge

Dated: New York, New York
         September 8, 2021