#1

FROM: FUENTES, RAMIREZ, GEOVANNY

TO: P. KEVIN CASTEL
8-25-2021

▽ YOUR HONOR ▽

I HOPE YOU ARE WELL AND THAT YOU ARE ABLE TO WOR[K] AS NORMALLY AS POSSIBLE UNDER THE CURRENT CIRCUMSTANCE[S].

THE PURPOSE OF THIS LETTER IS TO RESPECTFULLY REQUEST THAT YOU ALLOCATE ME A NEW PUBLIC DEFENDER BECAUSE UNFORTUNATELY MY CURRENT ATTORNEY, (Mr. AVRAHAM C. MOSKO[WITZ]) IS NOT ADEQUATELY REPRESENTING MY LEGAL NEEDS. I HAVE BEEN TRYING TO DISCUSS WITH (Mr. AVRAHAM C. MOSKOWITS) A NUMBER OF MATTER'S RELATING TO MY CASE IN WHICH I HAVE NOT BEEN ADEQUATELY REPRESENTED BUT TO NO AV[AIL].

1) MY DUE PROCESS RIGHTS WERE VIOLATED FROM THE OUTSET OF THIS CASE CULMINATING IN A TRIAL WHERE MUCH OF THE EXCULPATORY EVIDENCE WAS NOT EVEN PRESENTED BY MY LAWER.

2) PICTURES PRESENTED AT TRIAL AND TO THE GRAND JUR[Y] WERE MANIPULATED AND FALSIFIED. I INSTRUCTED MY ATTO[RN]EY TO PRESENT MOTIONS REGARDING THIS BUT HE REFUSED TO DO SO.

3) FROM THE OUTSET OF THIS PROCESS I HAVE REQUESTED DISCOV[ERY] AND INFORMATION REGARDING MY CHARGES TO BE GIVING TO ME IN SPANISH. SO FAR EVERYTHING I HAVE RECEIVED HAS BEEN IN ENGLISH, A LENGUAGE I DON'T SPEAK AT ALL.

#2

4) The testimony of the witness, (Sr. Rivera Maradiaga), contradicted what the government said at trial. My question: who is lying, the government or the witness. My attorney refused to investigated the situation properly with a view to impeaching the witness.

5) My preparation for trial was wholly inadequate because legal visits were so scarce during the pandemic. The time allocated for legal visits was absolutely inadequate for preparing a defense in a complicated case such as this. Visits that did not take place were curtailed arbitrarily by MCC.

6) The proofs presented at trial were very poor and my lawyer did not respond to them adequately.

7) The witness, (Sr. Rivera Maradiaga) made threats against my person when we were in the same unit in MCC for three days. I asked my lawyer to report this to the (FBI) for criminal investigation but he refused to do so.

8) I requested from my lawyer to put in an (F.5) motion or any other valid motion to clear my name. There are many violations in my case which have not been mentioned as of yet. The two gravest of which are mentioned below:

A) The lawyer representing me did not meet any professional standard. My lawyer did not present exculpatory evidence that could have been beneficial to me.

#3

B) THE P.S.R CONTAINED NUMEROUS ERRORS AND I WAS NOT GIVEN THE OPPORTUNITY TO DISCUSS THEM DUE TO THE LACK OF LEGAL VISITS DURING THE LOCKDOWN AND THE ARBITRARY CURTAILMENT OF SUCH VISITS WHEN THEY DID TAKE PLACE.

FOR THESE REASONS AND ADDITIONAL ONES, IF YOUR HONOR WOULD PERMIT ME AN AUDIENCE AND THE OPPORTUNITY TO PRESENT THIS INFORMATION USING A NEW LAWYER I WOULD HAVE THE CHANCE TO CORRECT THIS INJUSTICE AND ALL THE OTHER IRREGULARITIES ASSOCIATED WITH MY CASE.

I AM GRATEFUL TO YOUR HONOR FOR CONSIDERING THIS LETTER AND I PLACE MY HOPE IN THE JUSTICE SYSTEM THAT MY REQUEST WILL BE GRANTED.

THANK YOU. AND GOD BLESS YOU.

Geovanny Daniel Fuentes

FUENTES, RAMIREZ, GEOVANNY #20883-104
#METROPOLITAN CORRECTIONAL CENTER
#150 PARK ROW
NEW YORK NY - 10007

USDNJ
SDNY



TO: JUDGE: P. KEVIN CASTEL
#500 PEARL STREET
NEW YORK NY 10007