UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

S6 15 CR 379-6 (PKC)

-against-

ORDER

GEOVANNY FUENTES RAMIREZ,

Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

Sentencing for Geovanny Fuentes Ramirez is adjourned from October 19, 2021 to January 11, 2022 at 11:00 a.m. in Courtroom 11D, 500 Pearl Street, New York, New York.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
October 12, 2021