<u>JOHN M. BURKE</u>
   Attorney at Law                                               26 Court Street - Suite 2805
                                                                            Brooklyn, New York   11242
                                                                                  Tel: (718) 875-3707
                                                                                  Fax: (718) 875-0053

January 4, 2022

Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 11201

                                    Re.:   <u>United States</u> v. <u>Geovanny Fuentes Ramirez</u>
                                                 15 CR 379 (PKC)

Dear Judge Castel:

     I am writing to the Court to correct an error in the sentencing submission filed on December 27, 2021.  The citation to the United States Constitution on page three of the letter incorrectly refers to the sixth amendment instead of the eighth amendment. I apologize to the Court for any confusion caused by my error.

                                                                              Respectfully,
                                                                                 *S*
                                                                           John Burke
                                                                           Attorney for Geovanny Fuentes Ramirez