

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 29, 2021

Via ECF
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
New York, New York 10007

   Re:   **United States v. Diaz Morales**, *et al.*, **No. 15 Cr. 379 (PKC)**

Dear Judge Castel:

   The Government respectfully requests that Your Honor direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on this docket. The undersigned will no longer be employed by the U.S. Attorney's Office as of December 30, 2021.

Application
GRANTED
SO ORDERED
USDJ
1-5-22

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:     /s/
_____
Emil J. Bove III
Assistant United States Attorney
(212) 637-2444

Cc:   Defense Counsel
      (Via ECF)