

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 6, 2022

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Geovanny Fuentes-Ramirez*, S6 15 Cr. 379 (PKC)

Dear Judge Castel:

    The Government writes respectfully in advance of the sentencing scheduled for January 11, 2022.  The parties understand that due to issues relating to the COVID-19 pandemic sentencing cannot proceed as scheduled on January 11, 2022.  The parties understand further that the Court would be available to hold sentencing on February 8, 2022 at 12 p.m., and respectfully request that sentencing be adjourned to that date and time.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney

by:    /s/
       Jacob Gutwillig
       Michael Lockard
       Jason A. Richman
       Elinor Tarlow
       Assistant United States Attorneys
       (212) 637-2215 / 2420 / 1036 / 2589

cc: Defense counsel of record (by ECF)