

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 4, 2022

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Geovanny Fuentes-Ramirez*, S6 15 Cr. 379 (PKC)

Dear Judge Castel:

    In advance of the sentencing scheduled February 8, 2022, the Government respectfully submits the attached proposed order of forfeiture. As set forth in the proposed order and for the reasons discussed in the Government's sentencing submission (Dkt. No. 370, at 55-57), the Government respectfully requests that the Court order the defendant to forfeit $151,724,375 in connection with Count One of the above-referenced Superseding Indictment.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

    by:    /s/
        Jacob Gutwillig
        Michael Lockard
        Jason A. Richman
        Elinor Tarlow
        Assistant United States Attorneys
        (212) 637-2215 / 2420 / 1036 / 2589

cc: Defense counsel of record (by ECF)