UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                        15-cr-379 (PKC)

      -against-

                                                        ORDER

GEOVANNY FUENTES RAMIREZ,

                Defendant.
----------------------------------------------------------------x

CASTEL, U.S.D.J.

        An application has been filed by defendant Fuentes Ramirez "by and through his attorney, Avraham C. Moskowitz" seeking to file a letter ex parte "requesting the use of an Associate." Mr. Moskowitz had been trial counsel for Mr. Fuentes Ramirez. The application is dated the day following the imposition of sentence on Mr. Fuentes Ramirez.

        On September 8, 2021, the Court entered an Order (Doc 374) that reads in part as follows: "For good cause shown, the application of Mr Moskowitz to withdraw is GRANTED. John M. Burke, a member of the CJA Panel, is appointed as counsel for Mr. Fuentes Ramierez." A Clerk's docket entry was entered the same date "Attorney Abraham [sic] C. Moskowitz terminated."

        If this in the nature of a nunc pro tunc application relating to work performed by an associate during the time Mr, Moskowitz was counsel for the defendant, or work in the nature of assembling materials for defendant's present counsel, then the application is GRANTED. If this relates to new or additional services for defendant that Mr. Moskowitz and his associate propose to undertake, then the application is DENIED because he is not counsel to the defendant. The Clerk shall terminate the Motion (Doc 407).

SO ORDERED.

Dated: February 17, 2022
      New York, New York

                                            P. Kevin Castel
                                    United States District Judge