Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/2022

Caption:

United States v.

Geovanny Fuentes Ramirez

Docket No.: 15 Cr. 379

P. Kevin Castel
(District Court Judge)

Notice is hereby given that Geovanny Fuentes Ramirez appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other [ ] _____ (specify)
entered in this action on February 9, 2022
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence ✓   Other [ ]
Defendant found guilty by plea [ ]   | trial ✓   | N/A [ ]
Offense occurred after November 1, 1987?   Yes ✓   No [ ]   N/A [ ]
Date of sentence: February 8, 2022   N/A [ ]
Bail/Jail Disposition: Committed ✓   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes ✓ | No [ ]   If yes, provide the following information:

Defendant's Counsel: John Burke
Counsel's Address: 26 Court Street, Suite 2805
Brooklyn, N.Y. 11242
Counsel's Phone: 718-875-3707

Assistant U.S. Attorney: Michael Lockard
AUSA's Address: One St. Andrews Plaza
N.Y., N.Y. 10007
AUSA's Phone: 212-637-2215

*/s/ John Burke*
John Burke, Attorney for Defendant