# CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** UNITED STATES v. DIAZ MORALES (RAMIREZ)

**DOCKET NUMBER:** 15-cr-379-9; 21-885-cr(L), 22-334-cr(Con)

**COUNSEL'S NAME:** Jay Ovsiovitch

**COUNSEL'S ADDRESS:** 28 E. Main St., Ste. 400, Rochester, NY 14614

**COUNSEL'S PHONE:** 585-263-6201

## QUESTIONNAIRE

[✓] I am ordering a transcript.
[ ] I am not ordering a transcript. Reason: [ ] Daily copy available [ ] U.S. Atty. placed order [ ] Other (attach explanation)

## TRANSCRIPT ORDER

Prepare transcript of

[✓] Pre-trial proceedings: Status Conf., 9-16-2020; Teleconference, 11-13-2020.
(Description & Dates)

[✓] Trial: Jury Voir Dire, 3-8-21; Trial Tr. pages 1-16, 3-9-21.
(Description & Dates)

[✓] Sentencing: Sentencing, 2-8-22.
(Description & Dates)

[ ] Post-trial proceedings: _____
(Description & Dates)

I, Jay Ovsiovitch (counsel's name), hereby certify that I will make satisfactory arrangements with the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [✓] Funds  [ ] CJA Form 24

/s/Jay Ovsiovitch                    March 17, 2022
Counsel's Signature                   Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

## ACKNOWLEDGMENT

Date order received: _____          Estimated Number of Pages: _____

Estimated completion date: _____

_____        _____
Court Reporter's Signature                  Date

**After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.**