<u>JOHN M. BURKE</u>
    *Attorney at Law*                                             26 Court Street - Suite 2805
                                                                        Brooklyn, New York  11242
                                                                        Tel: (718) 875-3707
                                                                        Fax: (718) 875-0053

April 7, 2022

Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 11201

                                   Re.:    <u>United States</u> v. <u>Geovanny Fuentes Ramirez</u>
                                                               15 CR 379 (PKC)

Dear Judge Castel:

       I was appointed to represent Mr. Ramirez pursuant to the Criminal Justice Act on September 8, 2022.  During my representation of Mr. Ramirez I utilized the services of a Spanish language interpreter, Virginia Alvarez, to communicate with my client.  I am asking the Court to authorize the services of a Spanish Interpreter as of September 9, 2022.

       Thank you for your time and assistance in this matter.

                                                       Respectfully,
                                                             *S*
                                                 John Burke
                                                Attorney for Geovanny Fuentes Ramirez