# JOHN M. BURKE
### Attorney at Law

26 Court Street - Suite 2805
Brooklyn, New York  11242
Tel:  (718) 875-3707
Fax: (718) 875-0053

April 7, 2022

Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 11201

*[Handwritten note: The use of a Spanish language interpreter nunc pro tunc to the date of Mr. Burke's appointment is Approved. SO ORDERED /s/ USDJ 4-7-22]*

       Re.:   <u>United States v. Geovanny Fuentes Ramirez</u>
             15 CR 379 (PKC)

Dear Judge Castel:

    I was appointed to represent Mr. Ramirez pursuant to the Criminal Justice Act on September 8, 2022.  During my representation of Mr. Ramirez I utilized the services of a Spanish language interpreter, Virginia Alvarez, to communicate with my client.  I am asking the Court to authorize the services of a Spanish Interpreter as of September 9, 2022.

    Thank you for your time and assistance in this matter.

                                                  Respectfully,
                                                  S
                                                  John Burke
                                                  Attorney for Geovanny Fuentes Ramirez