UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEOVANNY FUENTES RAMIREZ, ) | Affidavit of Geovanny F. Ramirez |
| Plaintiff, ) | Reg # 20893104  1-8 Statements |
| v. ) | |
| UNITED STATES OF AMERICA, ) | IN SUPPORT TO INVOKE |
| Defendant. ) | FIFTH/SIXTH AMENDMENT |
| ) | TO THE U.S. CONSTITUTION |

21-885-cr(L)
1:15-cr-00379-PKC-9

State of Florida ) ss
County of Ocala )

1. I, Geovanny Fuentes Ramirez, duly sworn state the following to the best of my belief and knowledge:

2. I am over the age of eighteen, and have personal knowledge of the matters stated herein:

3. On June 06, 2023, Jay S. Ovsiovitch, Defense Counsel, reached out to Coleman I. Penitentiary, via telephone call, detailing and attempting to force Geovanny F. Ramirez to take the stand:

4. That decision represents poor constitutional law and entails harmful consequence against self-incrimination, without advising Ramirez to invoke his Fifth Amendment rights to remain silent:

5. Ramirez, is not even a witness of acts defense counsel and/or Prosecution interest in croxx examining statements whether exculpatory or inculpatory at a seperate trial. Ramirez will not testify:

6. In Sum: Ramirez will invoke his Fifth/Sixth Amendment right against self-incrimination if called to testify:

7. And again, Ramirez does not agree to be subjected to double Jeopardy and/or to be implicated in any criminal matters:

8. Ramirez, invokes his U.S. Constitutional rights to remain silent and not Participate:

Further you affiant sayeth not.

Respectfully submitted, this 14th day of June, 2023.

By: Geovanny Fuentes Ramirez

Fifth/Sixth Amendment
U.S. Constitution

Page 2 of 3

# CERTIFICATE OF SERVICE

This certifies that I have this day served a copy of the within and foregoing Documents. Affidavit of Geovanny Fuentes Ramirez Clerk(s) of Court, U.S. District Court S.D.N.Y. 500 Pearl Street, New York, New York 10007

7020 0640 0001 3407 7195

by placing a copy of same in prison officials hands at USP Coleman I. for mailing, with adequate postage thereon for delivery. This 14th day of June, 2023.

By: Geovanny Fuentes Ramirez

Reg No. 20883104

United States Penitentiary
Coleman USP I.
P.O. Box 1033
Coleman, Florida 33521-1033

7020 0640 0001 3407 7201

U.S.P.S. Certify Mail

cc: Jay S. Ovsivitch/Counsel
Federal Public Defender
Western District of New York
28 E. Main Street Suite #400
Rochester, New York 14614

Fifth/Sixth Amendment
U.S. Constitution

Page 3 of 3

Geovanni F. Ramirez
#20883104  F. Unit P.O. Box 1033
Federal Correctional Complex USP +
U.S. Penitentiary Coleman I
Coleman, Florida 33521-1033

7020 0640 0001 3407 7195

Legal Mail

Clerks Office
U.S. District Court S.D.N.Y.
500 Pearl Street
New York, New York 10007
Criminal Docketing

RECEIVED
JUN 20 2023
CLERK'S OFFICE
S.D.N.Y.