

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 11, 2023

**Via ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   ***United States v. Juan Antonio Hernández Alvarado*,**
             **S2 15 Cr. 379 (PKC)**

Dear Judge Castel:

      The Government respectfully requests that Your Honor direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on this docket. The undersigned will no longer be employed by the U.S. Attorney's Office as of July 13, 2023.

                                  Respectfully submitted,

                                  DAMIAN WILLIAMS
                                  United States Attorney

                          By:     /s/
                              Amanda L. Houle
Application Granted.           Assistant United States Attorney
                              212-637-2194

So Ordered: _____
             Hon. P. Kevin Castel, U.S.D.J.

7-11-23