UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                           15-cr-379 (PKC)

    -against-

                                                                           <u>ORDER</u>

GEOVANNY FUENTES RAMIREZ,

               Defendant.
-----------------------------------------------------------x
GEOVANNY FUENTES RAMIREZ,

                                                                         24-cv-8924 (PKC)

              Movant

    -against-

UNITED STATES OF AMERICA,

               Respondent.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

        The motion of Fuentes Ramirez to file an amended section 2255 motion is GRANTED upon two conditions: (1) the amended motion shall be filed no later than April 2, 2025; and (2) the amended motion fully replaces the original motion and any argument not fully set out in the amended motion will be deemed abandoned.

        The government's time to respond is extended to thirty (30) days from the filing of the amended motion.

        The following motions should be terminated by the Clerk, 15 cr 379 at ECF 850, 24 cv 8924 at ECF 7.

SO ORDERED.

                                                            *[signature]*
                                                     _____
                                                              P. Kevin Castel
                                                       United States District Judge

Dated: January 30, 2025
          New York, New York


Copy Mailed To:

Geovanny Fuentes Ramirez (ID: 20883104)
USP Coleman I
U.S. Penitentiary
P.O. Box 1033
Coleman, FL 33521

2